## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE

**CAMBRIAN HOLDING COMPANY, INC.,** *et al*[1]                             **CASE NO. 19-51200**

**DEBTOR(S)**                                                                                          **JOINTLY ADMINSTERED**


**ELLEN ARVIN KENNEDY, SOLELY IN HER
CAPACITY AS LIQUIDATING TRUSTEE OF                                   PLAINTIFF(S)
THE CAMBRIAN LIQUIDATING TRUST**

V.                                                                                                             **ADV. NO. 21-5041**

                                                                                                              **DEFENDANT(S)**
**ARAMARK UNIFORM SERVICES, INC.**

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file electronically a motion or answer to the Complaint which is attached to this Summons with the Clerk of the Bankruptcy Court within 60 days after the date of issuance of this Summons.

At the same time, you must also serve a copy of the motion or answer upon Plaintiff's attorney, T. Kent Barber. (The attorney should receive notice automatically when the motion or answer is filed electronically.)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: June 14, 2021



                                                                     Nathan W. Lee, Clerk
                                                                     US Bankruptcy Court

                                                                     By: /s/Ashlee W. Denington
                                                                     Deputy Clerk

**The affixing of this Court's electronic seal above is proof this document has been entered by the Clerk in the official record of this case.**

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

CAMBRIAN HOLDING COMPANY, INC., *et al*[1]

DEBTOR(S)

CASE NO. 19-51200

JOINTLY ADMINISTERED

ELLEN ARVIN KENNEDY, SOLELY IN HER CAPACITY AS LIQUIDATING TRUSTEE OF THE CAMBRIAN LIQUIDATING TRUST

PLAINTIFF(S)

V.

ADV. NO. 21-5041

ARAMARK UNIFORM SERVICES, INC.

DEFENDANT(S)

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this Summons and a copy of the Complaint was made _____ (date) by:

❑   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____     Signature _____

Print Name: _____

Business Address: _____

_____

**Note: Upon service, this certificate should be completed and filed with the Court. If filing electronically, the appropriate event for filing is Summons Service Executed on the Adversary Complaint & Summons menu.**